UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) No. | 4:97-CR-0172-JCH |
| | ) | |
| | ) | |
| Elloyd Gardner and Delores Nelson, | ) | |
| | ) | |
| Defendants | ) | |

**ORDER**

This matter is before the court to clarify the order of restitution previously entered as part of the Judgments

in a Criminal Case on September 26, 1997.  Upon further review of the restitution ordered in this matter,

the Court has determined that Elloyd Gardner and Delores Nelson  shall be jointly and severally liable for

the restitution ordered in the judgments dated September 26, 1997.

Dated this 23rd day of November , 2009

 /s/ Jean C. Hamilton
**UNITED STATES DISTRICT JUDGE**